Kevin A. Buchan, Esq (8040)
**BUCHAN, PALO & CARDAMONE LLC**
750 Broad Street, Suite 202
Shrewsbury, New Jersey 07702
P:(732) 328-8700
F: (732) 328-9933
Attorneys for Defendant, Michael Gamble

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> MICHAEL GAMBLE : <br> : <br> Defendant. : <br> : | Case No. 21-9455 <br><br> **CONSENT ORDER MODIFYING** <br> **BAIL CONDITIONS** |

**THIS MATTER** having come before the Court on the application of defendant Michael Gamble by his attorney, Kevin A. Buchan, Esq. of Buchan, Palo & Cardamone, LLC, for modification of the conditions of bail; and Assistant United States Attorney Sophie Reiter consenting to the entry of the Order and upon notice and consent of United States Pretrial Services, South Carolina (Keenan Price appearing); and for good cause shown;

**IT IS** on this **23rd** day of March, 2023;

**HEREBY ORDERED** that the defendant's bail be modified as follows:

- Defendant is permitted to travel to the Suffolk Conference Center & Hilton Garden Inn Suffolk Riverfront located at 100 East Conference Road, Suffolk, Virginia 23434 where he will be staying from March 23 through March 29.
- He will be working at Nucor Steel Hertford, 1520 B River Road, Cofield, North Carolina 27922.
- It is estimated that he will work 12-hours a day on-site and will be transported to/from the jobsite and the hotel by his employer.

All other conditions of Release to remain unchanged.

*/s/ Edward S. Kiel*
_____
Hon. Edward S. Kiel, U.S.M.J.

Case 2:23-cr-00744-MEF   Document 108   Filed 03/23/23   Page 2 of 2 PageID: 57